**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00504-CV

### CARLETTA GUILLORY, ET AL., Appellants

### V.

### WILLIAM E. DIETRICH, Appellee

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 94304-CC2**

## ORDER

Before the Court is appellee's October 11, 2018 second unopposed motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 12, 2018. We caution that further extension requests will be disfavored.

/s/      ADA BROWN
JUSTICE